Send

JAMES J. WALDORF (SBN 38297)
KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

FILED
CLERK U.S. DISTRICT COURT
10-22-02
OCT 22 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

✓ Docketed
___ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

vs.

JAMES R. DORRIS, Defendant.

CASE NO.: ACV 00-11252

DEFAULT JUDGMENT

2002 SEP 17 PM 4:04

In the above-entitled action, the Clerk of this Court having entered on 10-22-02, a default against Defendant, JAMES R. DORRIS for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant JAMES R. DORRIS the sum of $2,136.82 in principal, $2,456.72 in accrued prejudgment interest through September 13, 2002, with interest accruing from September 13, 2002 at the rate of 8.000% per annum ($.47 per day) until entry of judgment, with interest thereafter at the legal rate, $18.40 in administration charges, $180.00 in costs, less debtor payments of $.00, plus

///

///

ENTERED
OCT 22 2002
CV

(6)

$413.68 in attorney's fees for a total judgment of $5,205.62 .

SHERRI R. CARTER, CLERK
U.S. District Court
Central District of California

DATED: 10-22-02

By: Sharon Hall Brown
SHARON HALL-BROWN
Deputy Clerk